Print

# CASE INFORMATION

## Docket Information

skip to results

| Filing Date | Side | Type | Description | Image |
|---|---|---|---|---|
| 03/15/23 | P1 | MO | MOTION FILED FOR P1 RANIA ASSILY JOSEPH BANCSI 0025450 MOTION TO COMPEL DEFENDANT, KIM JOHNSON, TO ATTEND DEPOSITION | 📄 |
| 03/14/23 | N/A | JE | DEFENDANTS' MOTION FOR EXTENSION OF TIME TO MOVE, PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT, FILED 03/09/2023, IS GRANTED. EXTENSION GRANTED TO 03/24/2023. NOTICE ISSUED | 📄 |
| 03/09/23 | D | MO | MOTION FOR EXTENSION OF TIME DEFENDANTS' MOTION FOR EXTENSION OF TIME TO MOVE, PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT 03/14/2023 - GRANTED | 📄 |
| 03/03/23 | P1 | NT | NOTICE FILED BY P1 RANIA ASSILY ATTORNEY JOSEPH BANCSI 0025450 PLAINTIFF'S NOTICE OF SUBMITTING DISCOVERY REQUEST ON DEFENDANT, BENJAMIN SMITH | 📄 |
| 03/01/23 | P1 | NT | NOTICE FILED BY P1 RANIA ASSILY ATTORNEY JOSEPH BANCSI 0025450 PLAINTIFF'S NOTICE OF SUBMISSION OF DISCOVERY REQUESTS | 📄 |
| 03/01/23 | N/A | JE | TELEPHONE CONFERENCE HELD ON 02/28/2023 IS RESET AS PLAINTIFF HAS FILED AN AMENDED COMPLAINT. TELEPHONE CONFERENCE SET FOR 03/27/2023 AT 10:00 AM. PLAINTIFF TO INITIATE CALL AND CONTACT THE COURT AT 216-443-8610. NOTICE ISSUED | 📄 |
| 02/24/23 | P1 | SF | DEPOSIT AMOUNT PAID JOSEPH BANCSI | |
| 02/24/23 | P1 | CO | AMENDED COMPLAINT $75 PLAINTIFF'S AMENDED COMPLAINT | 📄 |
| 02/24/23 | P1 | NT | NOTICE FILED BY P1 RANIA ASSILY ATTORNEY JOSEPH BANCSI 0025450 PLAINTIFF'S NOTICE OF SUBMISSION OF DISCOVERY REQUEST | 📄 |
| 02/15/23 | N/A | JE | MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MEMORANDUM IN SUPPORT, FILED 04/12/2022, IS GRANTED IN PART. MOTION TO DISMISS COUNT 1 AND ANY CONTRACT CLAIMS IN COUNT 2 IS GRANTED. PLAINTIFF'S BREACH OF CONTRACT CLAIMS AND REQUESTS FOR RELIEF ARE GOVERNED BY THE COLLECTIVE BARGAINING AGREEMENT AND THE ONLY REMEDY AVAILABLE TO HER IS THROUGH THE APPROPRIATE GRIEVANCE PROCEDURE. SEE BRINGHELI V. PARMA CITY SCHOOL DIST. BD. OF EDN., 8TH DIST. CUYAHOGA NO. 91064, 2009-OHIO-3077. ALL OTHER CLAIMS REMAIN. FURTHER, COUNT 2 APPEARS TO ALLEGE VICARIOUS LIABILITY, WHICH IS NOT A STANDALONE CLAIM. COUNT 2 WILL BE TREATED AS A CLAIM AGAINST CUYAHOGA COMMUNITY COLLEGE FOR VICARIOUS LIABILITY FOR SLANDER, LIBEL, AND DEFAMATION FOR THE ACTIONS OF CUYAHOGA COMMUNITY COLLEGE EMPLOYEES AND OTHERS. IF THE COURT HAS MISCONSTRUED PLAINTIFF'S CLAIMS IN COUNT 2, PLAINTIFF MAY AMEND HER COMPLAINT WITHIN 14 DAYS OF THE DATE OF THIS ORDER TO CLARIFY. PLAINTIFF'S MOTION TO CONDUCT DEPOSITIONS DE BENE ESSE, FILED 01/17/2023, IS DENIED AS MOOT. NOTICE ISSUED | 📄 |
| 02/01/23 | D | OT | GENERAL PLEADING FILED BY DEFENDANT(S) CUYAHOGA COMMUNITY COLLEGE DISTR ICT(D1), ALEXANDER JOHNSON(D2), KIMBERLY JOHNSON(D3), VINCENT BRILEY(D4), DERRICK WILLIAMS(D5), MEGAN ESTES(D6) and BENJAMIN SMITH(D7) ATTORNEY JAZMYN J. BARROW 0085580 DEFENDANTS OPPOSITION TO PLAINTIFF'S MOTION TO CONDUCT DEPOSITIONS DE BENE ESSE | 📄 |
| 01/17/23 | N/A | JE | TELEPHONE CONFERENCE PREVIOUSLY SCHEDULED FOR 01/17/2023 AT 02:00 PM IS RESCHEDULED FOR 02/28/2023 AT 11:00 AM. PLAINTIFF TO INITIATE CALL AND CONTACT THE COURT AT 216-443-8610.. NOTICE ISSUED | 📄 |
| 01/17/23 | N/A | SC | TELEPHONE CONFERENCE SCHEDULED FOR 01/17/2023 AT 02:00 PM IS CANCELLED. JUDGE: STEVEN E GALL (363) REASON: TELEPHONE CONFERENCE IS RESET OR 02/28/2023 AT 11:00. (notice sent). | |

Exhibit C

| Date | Party | Type | Description |
|---|---|---|---|
| 01/17/23 | P1 | MO | MOTION FILED FOR P1 RANIA ASSILY JOSEPH BANCSI 0025450 PLAINTIFF'S MOTION TO CONDUCT DEPOSITIONS DE BENE ESSE 02/15/2023 - DENIED AS MOOT |
| 11/17/22 | N/A | JE | SETTLEMENT CONFERENCE HELD ON 11/14/2022. CASE DID NOT SETTLE AT THIS TIME. PLAINTIFF'S MOTION TO REFER CASE TO MEDIATION, FILED 08/29/2022, IS DENIED. COURT TO RULE ON PENDING MOTION. TELEPHONE CONFERENCE SET FOR 01/17/2023 AT 02:00 PM. PLAINTIFF TO INITIATE CALL AND CONTACT THE COURT AT 216-443-8610. NOTICE ISSUED |
| 09/09/22 | D | OB | OBJECTION FILED BY DEFENDANT(S) CUYAHOGA COMMUNITY COLLEGE DISTR ICT(D1), ALEXANDER JOHNSON(D2), KIMBERLY JOHNSON(D3), VINCENT BRILEY(D4), DERRICK WILLIAMS(D5), MEGAN ESTES(D6) and BENJAMIN SMITH(D7) ATTORNEY JAZMYN J. BARROW 0085580 DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REFER CASE TO MEDIATION |
| 08/29/22 | P1 | MO | MOTION FILED FOR P1 RANIA ASSILY JOSEPH BANCSI 0025450 PLAINTIFF'S MOTION TO REFER CASE TO MEDIATION 11/17/2022 - DENIED |
| 08/19/22 | D | NT | NOTICE FILED BY DEFENDANT(S) CUYAHOGA COMMUNITY COLLEGE DISTR ICT(D1), ALEXANDER JOHNSON(D2), KIMBERLY JOHNSON(D3), VINCENT BRILEY(D4), DERRICK WILLIAMS(D5), MEGAN ESTES(D6) and BENJAMIN SMITH(D7) ATTORNEY BRITTANY BRANTLEY 0091109 UPDATE TO CASE PARTY INFORMATION AS TO ATTORNEY-FIRM UPDATE |
| 07/29/22 | N/A | JE | CMC BY PHONE HELD ON 07/26/2022 IS RESET FOR COURT TO RULE ON PENDING MOTIONS. CMC BY PHONE SET FOR 08/30/2022 AT 02:30 PM. PLAINTIFF TO INITIATE CALL AND CONTACT THE COURT AT 216-443-8610. NOTICE ISSUED |
| 07/05/22 | D | BR | REPLY BRIEF FILED BY DEFENDANT(S) CUYAHOGA COMMUNITY COLLEGE DISTR ICT(D1), ALEXANDER JOHNSON(D2), KIMBERLY JOHNSON(D3), VINCENT BRILEY(D4), DERRICK WILLIAMS(D5), MEGAN ESTES(D6) and BENJAMIN SMITH(D7) JAZMYN J. STOVER 0085580 DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT |
| 06/27/22 | N/A | JE | DEFENDANTS' MOTION FOR ONE-WEEK EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REPLY BRIEF, FILED 06/22/2022, IS GRANTED. NOTICE ISSUED |
| 06/22/22 | D | MO | MOTION FOR EXTENSION OF TIME DEFENDANTS' MOTION FOR ONE-WEEK EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REPLY BRIEF 06/27/2022 - GRANTED |
| 06/20/22 | P1 | BR | BRIEF IN OPPOSITION FILED BY P1 RANIA ASSILY JOSEPH BANCSI 0025450 PLAINTIFF'S BRIEF IN OPPOSITION TO MOTION TO DISMISS OF DEFENDANTS |
| 06/16/22 | N/A | JE | PLAINTIFF'S MOTION FOR ADDITIONAL EXTENSION OF TIME TO RESPOND, FILED 06/07/2022, IS GRANTED. EXTENSION GRANTED TO 06/20/2022. NOTICE ISSUED |
| 06/07/22 | P1 | MO | MOTION FOR EXTENSION OF TIME PLAINTIFF'S MOTION FOR ADDITIONAL EXTENSION OF TIME TO RESPOND 06/16/2022 - GRANTED |
| 05/19/22 | N/A | JE | CMC BY PHONE PREVIOUSLY SCHEDULED FOR 05/24/2022 AT 01:30 PM IS RESCHEDULED FOR 07/26/2022 AT 10:00 AM. PLAINTIFF TO INITIATE CALL AND CONTACT THE COURT AT 216-443-8610.. NOTICE ISSUED |
| 05/19/22 | N/A | SC | CMC BY PHONE SCHEDULED FOR 05/24/2022 AT 01:30 PM IS CANCELLED. JUDGE: STEVEN E GALL (363) REASON: CMC BY PHONE IS RESET TO 07/26/2022 AT 10:00. (notice sent). |
| 05/10/22 | N/A | JE | PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS, FILED 04/26/2022, IS GRANTED. RESPONSE DUE ON OR BEFORE 06/10/2022. MOTION FILED FOR DEFENDANT(S) CUYAHOGA COMMUNITY COLLEGE DISTR ICT(D1), ALEXANDER JOHNSON(D2), KIMBERLY JOHNSON(D3), DEFENDANTS' AMENDED MOTION TO STAY DISCOVERY, FILED 04/18/2022, IS GRANTED. DISCOVERY IS STAYED UNTIL COURT HAS RULED ON PENDING MOTION TO DISMISS. DEFENDANTS' MOTION TO STAY DISCOVERY AND MEMORANDUM IN SUPPORT, FILED 04/18/2022, IS MOOT. NOTICE ISSUED |
| 04/26/22 | P1 | MO | MOTION FOR EXTENSION OF TIME PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS 05/10/2022 - GRANTED |
| 04/18/22 | D | MO | MOTION FILED FOR DEFENDANT(S) CUYAHOGA COMMUNITY COLLEGE DISTR ICT(D1), ALEXANDER JOHNSON(D2), KIMBERLY JOHNSON(D3), VINCENT BRILEY(D4), DERRICK WILLIAMS(D5), MEGAN ESTES(D6) and BENJAMIN SMITH(D7) JAZMYN J. STOVER 0085580 DEFENDANTS' AMENDED MOTION TO STAY DISCOVERY AND MEMORANDUM IN SUPPORT 05/10/2022 - GRANTED |
| 04/18/22 | D | MO | MOTION FILED FOR DEFENDANT(S) CUYAHOGA COMMUNITY COLLEGE DISTR ICT(D1), ALEXANDER JOHNSON(D2), KIMBERLY JOHNSON(D3), VINCENT BRILEY(D4), DERRICK |

Exhibit C

| Date | Party | Type | Description |
|---|---|---|---|
| | | | WILLIAMS(D5), MEGAN ESTES(D6) and BENJAMIN SMITH(D7) JAZMYN J. STOVER 0085580 DEFENDANTS' MOTION TO STAY DISCOVERY AND MEMORANDUM IN SUPPORT 05/10/2022 - MOOT |
| 04/12/22 | N/A | JE | DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT, FILED 03/31/2022, IS GRANTED. RESPONSE DUE ON OR BEFORE 04/11/2022. NOTICE ISSUED |
| 04/12/22 | D | MO | MOTION TO DISMISS FILED DEFENDANTS MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MEMORANDUM IN SUPPORT 02/15/2023 - GRANTED IN PART |
| 04/06/22 | P1 | NT | NOTICE FILED BY P1 RANIA ASSILY ATTORNEY JOSEPH BANCSI 0025450 PLAINTIFF'S NOTICE OF SUBMISSION OF DISCOVERY REQUEST |
| 03/31/22 | D | MO | MOTION FOR EXTENSION OF TIME DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT 04/12/2022 - GRANTED |
| 03/23/22 | N/A | JE | CMC BY PHONE SET FOR 05/24/2022 AT 01:30 PM CMC BY PHONE SET FOR 03/22/2022 IS RESET FOR 05/24/2022 AT 1:30. PLAINTIFF SHALL INITIATE THE CONFERENCE CALL WITH ALL PARTIES AND THEN CONTACT THE COURT AT 216-443-8610 AT THE SCHEDULED TIME. NOTICE ISSUED |
| 02/25/22 | N/A | SR | SCHEDULE ATTORNEY NOTICE. NOTICE GENERATED FOR BRANTLEY/BRITTANY/ 02/25/2022 17:01:46 |
| 02/25/22 | N/A | SR | SCHEDULE ATTORNEY NOTICE. NOTICE GENERATED FOR STOVER/JAZMYN/J. 02/25/2022 17:01:46 |
| 02/25/22 | N/A | SR | SCHEDULE ATTORNEY NOTICE. NOTICE GENERATED FOR BANCSI/JOSEPH/ 02/25/2022 17:01:46 |
| 02/25/22 | N/A | SC | CMC BY PHONE SET FOR 03/22/2022 AT 02:30 PM. PLAINTIFF SHALL INITIATE THE CONFERENCE CALL WITH ALL PARTIES AND THEN CONTACT THE COURT AT 216-443-8610 AT THE SCHEDULED TIME. |
| 02/15/22 | D | OT | STIPULATION FILED BY DEFENDANT(S) CUYAHOGA COMMUNITY COLLEGE DISTRICT(D1), ALEXANDER JOHNSON(D2), KIMBERLY JOHNSON(D3), VINCENT BRILEY(D4), DERRICK WILLIAMS(D5), MEGAN ESTES(D6) and BENJAMIN SMITH(D7) ATTORNEY JAZMYN J. STOVER 0085580 AMENDED STIPULATION EXTENDING TIME FOR DEFENDANTS TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |
| 02/15/22 | D | NT | NOTICE OF APPEARANCE, FILED DEFENDANT(S) CUYAHOGA COMMUNITY COLLEGE DISTR ICT(D1), ALEXANDER JOHNSON(D2), KIMBERLY JOHNSON(D3), VINCENT BRILEY(D4), DERRICK WILLIAMS(D5), MEGAN ESTES(D6) and BENJAMIN SMITH(D7) BRITTANY BRANTLEY 0091109. AMENDED NOTICE OF APPEARANCE |
| 02/15/22 | D | NT | NOTICE OF APPEARANCE, FILED DEFENDANT(S) CUYAHOGA COMMUNITY COLLEGE DISTR ICT(D1), ALEXANDER JOHNSON(D2), KIMBERLY JOHNSON(D3), VINCENT BRILEY(D4), DERRICK WILLIAMS(D5), MEGAN ESTES(D6) and BENJAMIN SMITH(D7) JAZMYN J. STOVER 0085580. AMENDED NOTICE OF APPEARANCE |
| 02/11/22 | D | OT | STIPULATION FILED BY DEFENDANT(S) CUYAHOGA COMMUNITY COLLEGE DISTR ICT(D1) and BENJAMIN SMITH(D7) ATTORNEY JAZMYN J. STOVER 0085580 STIPULATION EXTENDING TIME FOR DEFENDANTS TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |
| 02/11/22 | D | NT | NOTICE OF APPEARANCE, FILED DEFENDANT(S) CUYAHOGA COMMUNITY COLLEGE DISTR ICT(D1) and BENJAMIN SMITH(D7) BRITTANY BRANTLEY 0091109. NOTICE OF APPEARANCE |
| 02/11/22 | D | NT | NOTICE OF APPEARANCE, FILED DEFENDANT(S) CUYAHOGA COMMUNITY COLLEGE DISTR ICT(D1) and BENJAMIN SMITH(D7) JAZMYN J. STOVER 0085580. NOTICE OF APPEARANCE |
| 01/26/22 | N/A | SR | USPS RECEIPT NO. 46444416 DELIVERED BY USPS 01/19/2022 SMITH/BENJAMIN/ PROCESSED BY COC 01/26/2022. |
| 01/26/22 | N/A | SR | USPS RECEIPT NO. 46444415 DELIVERED BY USPS 01/19/2022 ESTES/MEGAN/ PROCESSED BY COC 01/26/2022. |
| 01/26/22 | N/A | SR | USPS RECEIPT NO. 46444414 DELIVERED BY USPS 01/19/2022 WILLIAMS/DERRICK/ PROCESSED BY COC 01/26/2022. |
| 01/26/22 | N/A | SR | USPS RECEIPT NO. 46444413 DELIVERED BY USPS 01/19/2022 BRILEY/VINCENT/ PROCESSED BY COC 01/26/2022. |

Exhibit C

| Date | Code | Type | Description |
|---|---|---|---|
| 01/26/22 | N/A | SR | USPS RECEIPT NO. 46444411 DELIVERED BY USPS 01/19/2022 JOHNSON/ALEXANDER/ PROCESSED BY COC 01/26/2022. |
| 01/26/22 | N/A | SR | USPS RECEIPT NO. 46444410 DELIVERED BY USPS 01/19/2022 CUYAHOGA COMMUNITY COLLEGE DISTR ICT PROCESSED BY COC 01/26/2022. |
| 01/19/22 | N/A | SR | USPS RECEIPT NO. 46444412 DELIVERED BY USPS 01/14/2022 JOHNSON/KIMBERLY/ PROCESSED BY COC 01/19/2022. |
| 01/12/22 | D7 | SR | SUMS COMPLAINT(46444416) SENT BY CERTIFIED MAIL. TO: BENJAMIN SMITH BROWNLEE CAMPUS 817 BROWNLEE ROAD MEMPHIS, TN 38116-0000 |
| 01/12/22 | D6 | SR | SUMS COMPLAINT(46444415) SENT BY CERTIFIED MAIL. TO: MEGAN ESTES DISTRICT ADMINISTRATIVE OFFICES 700 CARNEGIE AVENUE CLEVELAND, OH 44115-0000 |
| 01/12/22 | D5 | SR | SUMS COMPLAINT(46444414) SENT BY CERTIFIED MAIL. TO: DERRICK WILLIAMS METRO CAMPUS 2900 COMMUNITY COLLEGE AVENUE CLEVELAND, OH 44115-0000 |
| 01/12/22 | D4 | SR | SUMS COMPLAINT(46444413) SENT BY CERTIFIED MAIL. TO: VINCENT BRILEY METRO CAMPUS 2900 COMMUNITY COLLEGE AVENUE CLEVELAND, OH 44115-0000 |
| 01/12/22 | D3 | SR | SUMS COMPLAINT(46444412) SENT BY CERTIFIED MAIL. TO: KIMBERLY JOHNSON EASTERN CAMPUS 4250 RICHMOND ROAD CLEVELAND, OH 44122-0000 |
| 01/12/22 | D2 | SR | SUMS COMPLAINT(46444411) SENT BY CERTIFIED MAIL. TO: ALEXANDER JOHNSON DISTRICT ADMINISTRATIVE OFFICES 700 CARNEGIE AVENUE CLEVELAND, OH 44115-0000 |
| 01/12/22 | D1 | SR | SUMS COMPLAINT(46444410) SENT BY CERTIFIED MAIL. TO: CUYAHOGA COMMUNITY COLLEGE DISTR ICT DISTRICT ADMININSTRATIVE OFFICES 700 CARNEGIE AVENUE CLEVELAND, OH 44115-0000 |
| 01/11/22 | P1 | SR | COMPLAINT WITH JURY DEMAND FILED. SERVICE REQUEST - SUMMONS BY CERTIFIED MAIL TO THE DEFENDANT(S). |
| 01/11/22 | D7 | CS | WRIT FEE |
| 01/11/22 | D6 | CS | WRIT FEE |
| 01/11/22 | D5 | CS | WRIT FEE |
| 01/11/22 | D4 | CS | WRIT FEE |
| 01/11/22 | D3 | CS | WRIT FEE |
| 01/11/22 | D2 | CS | WRIT FEE |
| 01/11/22 | D1 | CS | WRIT FEE |
| 01/11/22 | N/A | SF | JUDGE STEVEN E GALL ASSIGNED (RANDOM) |
| 01/11/22 | P1 | SF | LEGAL RESEARCH |
| 01/11/22 | P1 | SF | LEGAL NEWS |
| 01/11/22 | P1 | SF | LEGAL AID |
| 01/11/22 | P1 | SF | COURT SPECIAL PROJECTS FUND |
| 01/11/22 | P1 | SF | COMPUTER FEE |
| 01/11/22 | P1 | SF | CLERK'S FEE |
| 01/11/22 | P1 | SF | DEPOSIT AMOUNT PAID JOSEPH BANCSI |
| 01/11/22 | N/A | SF | CASE FILED |

Copyright © 2023 PROWARE. All Rights Reserved. 1.1.773

Exhibit C