IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| RANIA ASSILY, | ) CASE NO. 22-CV-958137 |
| Plaintiff, | ) JUDGE STEVEN E. GALL |
| -v- | ) |
| CUYAHOGA COMMUNITY COLLEGE DISTRICT, *et al.*, | ) **NOTICE OF FILING NOTICE OF REMOVAL** |
| Defendants. | ) |

**TO THE CLERK OF COURTS OF THE CUYAHOGA COUNTY, OHIO COURT OF COMMON PLEAS, AND TO ALL PARTIES TO THE ACTION HEREIN:**

PLEASE TAKE NOTICE that, on March 24, 2023, Defendants Cuyahoga Community College District, Dr. Alex Johnson, Dr. Kim Johnson, Benjamin Smith, Vincent Briley, Derrick Williams, and Megan Estes (collectively referred to as "Defendants"), filed a Notice of Removal, removing this action to the United States District Court for the Northern District of Ohio, Eastern Division, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446. A true and accurate copy of the Notice of Removal is attached hereto as Exhibit A.

Respectfully submitted,

*/s/ Jazmyn J. Barrow*_____
Jazmyn J. Barrow (0085580)
Brittany N. Brantley (0091109)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Key Tower
127 Public Square, Suite 4100
Cleveland, OH 44114
216.241.6100
216.357.4733 (FAX)
jazmyn.barrow@ogletree.com
brittany.brantley@ogletree.com
*Counsel for Defendants Cuyahoga Community College District, Dr. Alex Johnson, Dr. Kim Johnson, Benjamin Smith, Vincent Briley, Derrick Williams and Megan Estes*

Exhibit D

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2023, a copy of the foregoing *Notice of Filing Notice of Removal* was electronically filed with the Clerk of Court using the CM/ECF system. Notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, this filing is also being served upon all parties below via Email:

    Joseph Bancsi
    West Suburban Office Building, Suite 400
    20800 Center Ridge Road
    Rocky River, Ohio 44116
    Joseph.bancsi@gmail.com
    *Attorney for Plaintiff*

    */s/ Jazmyn J. Barrow*_____
    Jazmyn J. Barrow (0085580)
    *One of the Attorneys for Defendants*