UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Rania Assily,** | ) | CASE NO. 1:23 CV 629 |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **Cuyahoga Community College District, et al.,** | ) | <u>Order of Remand</u> |
| | ) | |
| **Defendants.** | ) | |

This Court, having GRANTED Plaintiff's Motion to Remand Case to the Cuyahoga County Court of Common Pleas (Doc. 5), hereby REMANDS this matter to the Cuyahoga County Court of Common Pleas.

IT IS SO ORDERED.

    /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 6/26/23

1